**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| SANDRA KELLY, Individually and as Next Friend of R.K., a Minor, and DANIEL KELLY, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:25-cv-134-JDK |
| WINNSBORO INDEPENDENT SCHOOL DISTRICT, et al., | § § § § | |
| Defendants. | § | |

**ORDER APPOINTING GUARDIAN AD LITEM**

Before the Court is the parties' joint motion to appoint a guardian ad litem in this case. Docket No. 59. The parties have reached a settlement and seek a guardian ad litem to represent the interests of R.K., a minor child with an interest in this litigation.

The Court **GRANTS** the motion and **ORDERS** that Justin Lindley, of Ramey & Flock, 100 E. Ferguson St., Ste. 500, Tyler, TX 75702, is hereby appointed as guardian ad litem to represent the interests of the minor party, R.K., in this case. The Court further **ORDERS** that the appointed guardian ad litem be allowed a reasonable fee for his services, to be paid as ordered by the Court at the time the settlement is presented to the Court for approval.

So **ORDERED** and **SIGNED** this **11th** day of **February, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE